In the Matter of the Judicial Settlement of the Account of James J. Cozine, as Administrator, etc., of Cornelius Cozine, Late of the Borough of Brooklyn, Deceased, Respondent. Howard Cozine, Appellant.— Report of referee con-

firmed, and decree of the Surrogate's Court of Kings county modified by disallowing the claims of $1,300 and $1,450 respectively, and as modified affirmed, with costs to the appellant payable out of the estate. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

James C. Kennedy, Appellant, v. Lazarus Weil, as Executor, etc., of Jacob Weil, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.